UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>NEAL V. STUBBS JR.<br>SYLVIA M. DAVIS<br><br>Debtors | Chapter 13<br>Case No. 24-10034-AMC |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.<br><br>Movant<br><br>v.<br><br>NEAL V. STUBBS JR.<br>SYLVIA M. DAVIS<br><br>(Debtors)<br><br>SCOTT F. WATERMAN<br>(Trustee)<br><br>Respondents | |

## ORDER TERMINATING AUTOMATIC STAY

AND NOW, this ___16th___ day of __Sept._____, 2025, upon consideration of the Motion for Relief from Automatic Stay filed by Capital One Auto Finance, a division of Capital One, N.A., the Stipulation Order and Certification of Default, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified for purposes of permitting the Movant to proceed and continue to levy and sell the **2020 Mitsubishi**

**Eclipse Cross VIN JA4AT4AA3LZ016570** to levy and sell the Vehicle, and to pursue its remedies under state law in connection with the loan documents.

3. The time period specified in Fed. R. Bankr. P. 4001(a)(3) is waived to allow Capital One Auto Finance, a division of Capital One, N.A. to immediately liquidate the Vehicle.

4. This grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

BY THE COURT:

Chief Judge Ashely M. Chan
U.S. BANKRUPTCY COURT